IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ELEAZAR Z. GARCIA,<br><br>           Plaintiff,<br><br>    vs.<br><br>DAVID W. COOMBS JR., in his individual capacity; and JACOB P. BETSWORTH, in his individual capacity;<br><br>           Defendants. | **4:22CV3019**<br><br>**ORDER** |

This matter is before the court on Plaintiff's Motion for Appointment of Counsel (filing 23), which Plaintiff submitted simultaneously with his Notice of Appeal (filing 24). To the extent Plaintiff seeks appointment of counsel to represent him in this court, his request is denied as the court entered judgment dismissing this matter without prejudice on September 9, 2022. (*See* Filings 21 & 22.) To the extent Plaintiff seeks the appointment of counsel to represent him on appeal, Plaintiff's motion should be addressed to the Eighth Circuit Court of Appeals. Accordingly,

IT IS ORDERED that:

1. Plaintiff's Motion for Appointment of Counsel (filing 23) is denied without prejudice to reassertion before the Eighth Circuit Court of Appeals.

2. The clerk's office is directed to transmit a copy of this order to the Eighth Circuit Court of Appeals along with Plaintiff's Notice of Appeal (filing 24).

Dated this 18th day of October, 2022.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge